# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br><s>2:20-MJ-02992</s>  20 CR 322-ODW |
| RAMON OLORUNAWA ABBAS<br>USMS# 54313-424<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/17/2020 @08:00    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1956 MONEY LAUNDERING

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): _____

11. Name: ZULMA MACHADO         (please print)

12. Office Phone Number: 213-620-8325      13. Agency: USMS

14. Signature: _____      15. Date: 08/17/2020

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION