FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>RAMON OLORUNWA ABBAS | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>2:20-CR-00322-ODW<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _____Ramon Olorunwa Abbas_____, the above-named defendant, who is accused of __Wire Fraud and Money Laundering ("ML") Conspiracies, Intl. ML, and Spending ML__, in violation of __18 U.S.C. §§ 1349, 1956(h), 1956(a)(2)(B)(i), and 1957__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_8/17/2020_
Date

_8/17/2020_
Date

_Aug. 17, 2020_
Date

x _[signature]_
Defendant

_[signature]_
Counsel for Defendant

_[signature]_
Before: Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                    WAIVER OF INDICTMENT