# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 20-00322-ODW | Date | September 23, 2020 |
|---|---|---|---|

Present: The Honorable **OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE**

Interpreter

| Sheila English | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ramon Olorunwa Abbas | Not | X | | Vicki I Podberesky | Not | X | |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On the Court's own motion pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the Court finds as follows.

Such a continuance is necessary due to the unprecedented public health pandemic caused by the impact of COVID-19, also known as "Coronavirus," on the population of the Central District of California.  Public health experts from the Centers for Disease Control and the local County Public Health Departments have advised social distancing must be continued as well as the reimposition of restrictions of public gatherings to no more than 10 people. In addition, a "stay-at-home" edict from the Governor of the State of California make it impossible to empanel a jury for the foreseeable future. In light of this guidance, the Court continues the jury trial in this matter as it is not possible to call a jury venire for this case without violating the prohibitions on large group gatherings suggested by the Governor of the State of California,  public health experts, as addressed by the Court's General Order Nos. 20-02 and 20-03. To do otherwise would imperil the health and safety of the jury venire, the parties, and Court staff.

Accordingly, the Court finds good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A) and: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (2) failure to impose the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice.

**The trial date in this matter is continued to May 4, 2021 at 9:00 a.m.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | se | |