Vicki I. Podberesky (SBN 123220)
vpod@aplaw.law
ANDRUES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
Telephone:   (213) 395-0400
Facsimile:   (213) 395-0401

Attorneys for Defendant,
RAMON ABBAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAMON ABBAS,<br><br>　　　　　Defendant. | Case No. 20-CR-00322 ODW<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>DATE :　February 22, 2021<br>TIME:　　10:00 a.m.<br>CTRM:　　5D |

　　　PLEASE TAKE NOTICE THAT on February 22, 2021 at 10:00 a.m., or as soon thereafter as the matter may be heard, Counsel for Defendant Ramon Abbas, will move this Court for an Order for permission to withdraw as counsel of record in the above-captioned matter.  The grounds in support of this motion to withdraw are set forth in the Declaration of Gal Pissetzky, filed concurrently herewith.

　　　This Motion is made pursuant to Local Rule of Criminal Procedure 44-1 and is based upon the Notice of Motion, the Declaration of Gal Pissetzky filed concurrently herewith, and any such further evidence or argument which may be presented at a hearing on this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

In June, 2020, an arrest warrant was issued in Central District of California for Ramon Abbas.  Mr. Abbas was apprehended in Dubai and transported to the United States.  An initial appearance and removal proceedings were held on or about July 3, 2020 in the United States District Court for the Northern District of Illinois.  At that time Mr. Abbas was ordered detained and was remanded into the custody of the U.S. Marshal.  The defendant was ordered to appear in the District Court for the Central District of California.  Counsel Gal Pissetzky was subsequently retained by the family of Mr. Abbas on or about July 13, 2020.  The defendant was transferred to the Central District and on or about July 23, 2020 Attorney Pissetzky sought and was granted permission to appear in this district pro hac vice and designated Vicki Podberesky as local counsel.  [Doc. 57].  Ms. Podberesky was retained to act only in the capacity of local counsel.

Attorney Pissetzky now moves this Court for an order allowing him to withdraw as counsel of record and to relieve Ms. Podberesky as local counsel for Mr. Abbas.  The Attorney Pissetzky has been reviewing extensive discovery in this matter, conducting defense investigation into the allegations in this case, and is in the process of preparing pretrial motions.  Attorney Pissetzky has spoken with the defendant and his family countless times regarding this matter, and has been negotiating with the government in an attempt to resolve this case.  *See* Declaration of Gal Pissetzky.  Due to the COVID pandemic Attorney Pissetzky has not been able to travel from Chicago to Los Angeles to meet with Mr. Abbas, and has relied on telephone conversations and several visits by Ms. Podberesky to the Santa Ana Jail, where Mr. Abbas is currently housed, to review discovery with him and communicate the status of the case negotiations with the government.

However, over the past few weeks the relationship between the attorneys, the defendant and his family have deteriorated.  Irreconcilable disagreements regarding the theory of defense and other issues relating to this case have developed over the last

several weeks between Mr. Abbas and counsel. *Id.* Mr. Abbas has now stopped communicating with counsel altogether, despite Attorney Pissetzky conveying numerous messages with family as well as staff at the Santa Ana Jail to have Mr. Abbas call him.

Consequently, counsel is unable to communicate with the Defendant in an effective manner to be able to prepare an effective defense and counsel him properly. Given the complete breakdown in communication, at this time Mr. Abbas would most likely benefit from a different counsel.

On January 21, 2021, Mr. Abbas finally contacted Attorney Pissetzky and informed him that he is retaining new counsel. The attorneys do not believe they can continue to represent Mr. Abbas, and do not want to jeopardize his Constitutional rights under the Sixth Amendment.

Therefore, Mr. Pissetzky and Ms. Podberesky respectfully request that this Honorable Court grant their motion to withdraw as counsel of record and local counsel for Mr. Abbas in this matter.

DATED: January 21, 2021        Respectfully submitted,

ANDRUES/PODBERESKY,
A Professional Law Corporation

By: */s/ Vicki I. Poberesky*
VICKI I. PODBERESKY
Local Counsel for Defendant,
RAMON ABBAS

DATED: January 21, 2021        Respectfully submitted,

PISSETZKY & BERLINER LLC

By: */s/ Gal Pissetzky*
GAL PISSETZKY
Attorneys for Defendant,
RAMON ABBAS

3
MOTION TO WITHDRAW AS COUNSEL