Vicki I. Podberesky (SBN 123220)
vpod@aplaw.law
ANDRUES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
Telephone:   (213) 395-0400
Facsimile:    (213) 395-0401

Attorneys for Defendant,
RAMON ABBAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAMON ABBAS,<br><br>          Defendant. | Case No. 20-CR-00322 ODW<br><br>**DECLARATION OF GAL PISSETZKY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>**DATE :**     February 22, 2021<br>**TIME:**      10:00 a.m.<br>**CTRM:**    5D |

I, Gal Pissetzky, hereby state and declare the following:

   1.   I am counsel of record for Ramon Abbas in the above-captioned matter. Ms. Vicki Podberesky has been retained as local counsel.

   2.   Since Mr. Abbas' arrest and arrival in the Central District of California, I have received voluminous discovery from the government and have been diligently reviewing it and investigating the allegations in this matter.

   3.   My communications with Mr. Abbas are by telephone given my inability to fly from Chicago to Los Angeles due to the pandemic. Ms. Podberesky, as local counsel, has made several visits to see Mr. Abbas at the Santa Ana Jail and has also communicated with him by telephone.

4. I, through Ms. Podberesky, have provided Mr. Abbas with a copy of the discovery, reviewed it with him, and had numerous conferences with Mr. Abbas telephonically, and Ms. Podberesky has also met with him in-person to discuss the case. We discussed with Mr. Abbas the potential theories that might be available to him at trial, pre-trial motions, the sentencing guidelines and the potential of a plea agreement.

5. After months of discussions with Mr. Abbas and negotiations with the government, Mr. Abbas now refuses to effectively communicate with me. I have made numerous attempts through family and jail staff to have Mr. Abbas call me to discuss critical issues. Mr. Abbas, however, has not communicated with me. Both family and jail staff have told me that they have conveyed my messages to Mr. Abbas to call me.

6. This lack of communication has created a breakdown in the attorney-client relationship to the point where counsel believe that Mr. Abbas has deliberately chosen to stop talking to them.

7. On January 21, 2021, I finally received a telephone call from Mr. Abbas. He informed me that he is retaining new counsel. I informed him that I and Ms. Podberesky were moving to withdraw given his refusal to communicate and cooperate with us.

8. At this point, counsel believe that they can no longer effectively represent Mr. Abbas in this matter, and request permission to withdraw as counsel of record and local counsel for Mr. Abbas.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

I declare that the foregoing is true and correct to the best of my belief and knowledge. Executed this 21st day of January, 2021 in Chicago, Illinois.

By: */s/ Gal Pissetzky*
　　GAL PISSETZKY
　　Attorneys for Defendant,
　　RAMON ABBAS