Vicki I. Podberesky (SBN 123220)
vpod@aplaw.law
ANDRUES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
Telephone:  (213) 395-0400
Facsimile:   (213) 395-0401

Attorneys for Defendant,
RAMON ABBAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON ABBAS,<br><br>　　　　　Defendant. | Case No. 20-CR-00322 ODW<br><br>**[PROPOSED] ORDER RE MOTION TO WITHDRAW AS COUNSEL** |

IT IS HEREBY ORDERED,

that attorneys Gal Pissetzky and Vicki I. Podberesky, be relieved as counsel for Defendant Ramon Abbas for the reasons set forth in the Motion to Withdraw as Counsel and the Declaration of Gal Pissetzky.

Dated: _____, 2021       _____
　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT