**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMON ABBAS,<br><br>    Defendant. | Case No. 20-CR-00322 ODW<br><br>**ORDER RE MOTION TO WITHDRAW AS COUNSEL** |

IT IS HEREBY ORDERED,

that attorneys Gal Pissetzky and Vicki I. Podberesky, be relieved as counsel for Defendant Ramon Abbas for the reasons set forth in the Motion to Withdraw as Counsel and the Declaration of Gal Pissetzky.  A Public Defender shall be assigned to Mr. Abbas until a substitution of attorney is filed.

Dated: January 25, 2021

_____
HON. OTIS D. WRIGHT

---

[PROPOSED] ORDER RE MOTION TO WITHDRAW AS COUNSEL