TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
ANIL J. ANTONY (Cal. Bar No. 258839)
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6579
    Facsimile: (213) 894-2927
    E-mail:   anil.j.antony@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00322-ODW |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF CERTIFICATE OF SERVICE |
| v. | |
| RAMON OLORUNWA ABBAS,<br>  aka "Ray Hushpuppi,"<br>  aka "Hush," | |
| Defendant. | |

Please take notice that Plaintiff, United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby lodges the

//
//
//
//
//
//

Certificate of Service re: GOVERNMENT'S EX PARTE APPLICATION TO SEAL DOCUMENT, ORDER TO SEAL DOCUMENT, and UNDER SEAL DOCUMENT.

Dated: April 9, 2021                Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    CHRISTOPHER D. GRIGG
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                           /S/
                                    ANIL J. ANTONY
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I, **Amy Bondi**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**EX PARTE APPLICATION TO SEAL, ORDER TO SEAL, UNDER SEAL DOCUMENT.**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☒ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ Via email, as follows:
Louis J. Shapiro
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
LouisJShapiro@gmail.com

☐ By Federal Express, as follows:

This Certificate is executed on **April 9, 2021**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Amy Bondi*
Amy Bondi
Legal Assistant