UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES -- CHANGE OF PLEA</u>

Case No. CR 20-00322-ODW        **UNDER SEAL**        Date: April 20, 2021
================================================================================
PRESENT:   HONORABLE OTIS D. WRIGHT, II, JUDGE

| Sheila English-(zoom) | Sheri Kleeger-(zoom) | Anil J Antony -(zoom) |
|---|---|---|
| Courtroom Deputy | Court reporter | Asst. U.S. Attorney |

================================================================================
U.S.A. vs (Defendant listed below)            Attorney for Defendant

   Ramon Olorunwa Abbas -(zoom)            Louis J Shapiro -(zoom)
   present in custody                      present retained

_____
PROCEEDINGS:   **CHANGE OF PLEA**

Court and counsel confer re the change of plea.  Defendant moves to change his plea to the Information.  Defendant now enters a new and different plea of **Guilty to Count Two of the Information.**  The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made; plea is provident; plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a presentence report and continues the matter to   October 25 ,2021 at 9:00 a.m., for sentencing. **Position papers are due 2 weeks before the sentencing. If the papers are NOT submitted in time, they will not be considered.**

All dates other than the sentencing hearing date are vacated as to this defendant.


**Counsel are notified that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Requests for continuances shall be filed or requested no later than twenty-one (21) days before Sentencing.  Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**

**cc:   P. O. & P. S. A. L. A.**

CR-8 (09/06)                CRIMINAL MINUTES - CHANGE OF PLEA                ____ :  57

Initials of Deputy Clerk: SE