Khaldoun Shobaki (SBN 232864), AUSA
Cyber & I.P. Crimes Section
312 North Spring Street, Suite 1500
Los Angeles, CA 90012
khaldoun.shobaki@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-CR-00322-ODW |
| v. | |
| Ramon Olorunwa Abbas, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

EX PARTE APPLICATION AND PROPOSED ORDER

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 22, 2021
Date

Khaldoun Shobaki
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                       **NOTICE OF MANUAL FILING OR LODGING**