UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 20-00322-ODW | Date | February 2, 2022 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ramon Olorunwa Abbas | Not | X | | Louis J Shapiro | Not | | X |

**Proceedings:** **MINUTES (IN CHAMBERS)**

   AT THE REQUEST OF COUNSEL, the Sentencing is continued to July 11, 2022 at 11:00 a.m

IT IS SO ORDERED.

                                                                    :    00

                                    Initials of Deputy Clerk          se