

CENTRAL VALLEY ANNEX

# WORK PERFORMANCE EVALUATION

DATE: 11/04/2021

Department/Job Title: Housing Unit Orderly
Name: Abbas, Ramon
Hire Date: 07/07/2021
I.D.#: 54313-424

| | Excellent | Good | Average/Fair | Needs Improvement | Unacceptable |
|---|---|---|---|---|---|
| **1. Attitude:** Displays positive attitude toward job, supervisor and co-workers. | Comments: Very good worker | Comments: | Comments: | Comments: | Comments: |
| **2. Quality of Work:** Demonstrates diligence and thoroughness in performing assigned tasks. | Very good worker | | | | |
| **3. Dependability:** Works harmoniously and effectively. Gets along well with others. | Is very dependable | | | | |
| **4. Productivity:** Constantly produces as expected. | Produces very good | | | | |

**General Comments/Competencies Acquired:**

WORK SUPERVISOR SIGNATURE: Hurt
CASE MANAGER SIGNATURE: Parker
DETAINEE SIGNATURE: