SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

Ramon Abbas

Has completed 8 classes

## Attitude for Success~CHOICES

| Patricia Coyle | January 29, 2021 | Stephanie Paramore |
| --- | --- | --- |
| Instructor | Date | Associate Dean of Instruction and Student Services |