SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

*Ramon Abbas*

**Has completed**
**The requirements for**

***Attitude for Success~Lessons from Racing***

| | | |
|---|---|---|
| *Patricia Coyle* | March 8, 2021 | *Stephanie Paramore* |
| Instructor | Date | Associate Dean of Instruction and Student Services |