SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

Ramon Abbas

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

# MS Excel 2016

Quiroz, L
Instructor

March 5 2021
Date