SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ramon Abbas*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## Intro to Windows 10/Navigating the Internet

*Quiroz, L*
Instructor

*November 20, 2020*
Date