# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

Ramon Abbas

HAS SUCCESSFULLY COMPLETED THE

Creative Writing Course

December 18th, 2020

Allie Vernon, Instructor

SANTA ANA COLLEGE
School of Continuing Education