SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

*Ramon Abbas*

**Has completed**
**The requirements for**

***Attitude for Success ~ Goal Setting***

| | | |
|---|---|---|
| *Patricia Coyle* | May 10, 2021 | *Stephanie Paramore* |
| Instructor | Date | Associate Dean of Instruction and Student Services |