SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

**Ramon Abbas**

Has completed 24 classes

**Attitude for Success~CHOICES**

| Patricia Coyle | May 12,2021 | Stephanie Paramore |
| --- | --- | --- |
| Instructor | Date | Associate Dean of Instruction and Student Services |