To: "WELL PATH MESA VERDA ICE PROCESSING CENTER" From: Stockdale Radiology Pages: 2

Stockdale RADIOLOGY

4000 Empire Drive, Suite 100, Bakersfield, CA 93309
Phone (661) 631-8000 Fax (661) 631-8005
www.stockdalerad.com

| | | |
|---|---|---|
| Patient name: ABBAS, RAMON | | Patient ID: 951219 |
| Patient DOB: 11-Oct-1982 | | Date of exam: 10-Nov-2021 08:35:09 AM |
| Gender: F | Acc #: 917419 | Referring Physician: DELLICA, ROSEMARIE MD |

EXAMINATION: ABDOMINAL ULTRASOUND

HISTORY: Right upper quadrant pain.

TECHNIQUE: High resolution realtime examination of the abdomen was performed with a *curved 5 MHz transducer on a Philips iU22 Ultrasound system.*

FINDINGS:

LIVER: The liver measures 14.5 cm and reveals homogeneous echotexture without evidence of intrahepatic lesion. There is no evidence of dilated intrahepatic biliary radicles. No evidence of abdominal ascites.

Color-flow Doppler examination shows portal vein flow to be hepatopetal, peak systolic velocity is 12.7 cm/sec. IVC is patent.

GALLBLADDER: Intraluminal gallstones are present, measuring 0.8 x 0.8 cm, 0.7 x 0.8 cm and 0.7 x 0.7 cm. The common duct measures 0.2 cm (which is within normal limits).

KIDNEYS: The right kidney measures 10.4 x 5.6 x 5.3 cm. Left kidney measures 10.6 x 5.3 x 6.1 cm. Renal parenchyma and collecting systems are normal and symmetric bilaterally. There is no evidence of cyst, mass or obstructive uropathy. No evidence of renal stones or perinephric fluid.

PANCREAS: The visualized portions of the pancreas are unremarkable.

SPLEEN: The spleen is unremarkable and measures 7.0 cm.

AORTA: Abdominal aorta measures 1.9 x 1.6 cm.

IMPRESSION:

1. Multiple intraluminal gallstones measuring from 7 to 8 mm. No wall thickening.
2. CBD within normal limits.
3. No free fluid.

R. Dellica, MD 11/22/2021