# FINAL REPORT

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| DELLICA, R<br>04005530 \| CACV \| CENTRAL VALLEY ANNEX<br>254 TAYLOR AVE.<br>MCFARLAND, CA 93250<br>Acct #:04005530 | ABBAS, RAMON<br>DOB:10/11/1982<br>SEX:M   AGE:39<br>U/FL:USMS   WING: INTK-NA-HO<br>ROOM:H4-01   BED: HIGH<br>ID: 3176290   ALT ID: 54313424 | Specimen ID: 32969105500<br>Report Date: 11/26/2021 0:05<br>Date Received: 11/25/2021 0:00<br>Date Observed: 11/24/2021 13:00 |

**NOTES:**

## CLINICAL INFORMATION

FASTING:   Total Volume:   Source:

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

SARS-CoV-2, NAA     A

### SARS-CoV-2, NAA

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| SARS-CoV-2, NAA | Detected | A | Not Detected | | F | 01 |

Patients who have a positive COVID-19 test result may now have treatment options. Treatment options are available for patients with mild to moderate symptoms and for hospitalized patients. Visit our website at https://www.labcorp.com/COVID19 for resources and information.
This nucleic acid amplification test was developed and its performance characteristics determined by LabCorp Laboratories. Nucleic acid amplification tests include RT-PCR and TMA. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). This test is only authorized for the duration of time the declaration that circumstances exist justifying the authorization of the emergency use of in vitro diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b) (1), unless the authorization is terminated or revoked sooner.
When diagnostic testing is negative, the possibility of a false negative result should be considered in the context of a patient's recent exposures and the presence of clinical signs and symptoms consistent with COVID-19. An individual without symptoms of COVID-19 and who is not shedding SARS-CoV-2 virus would expect to have a negative (not detected) result in this assay.

### SARS-CoV-2, NAA 2 DAY TAT

| Test | Result | Abnormal | Reference | Units | Status | Lab |
|---|---|---|---|---|---|---|
| SARS-CoV-2, NAA 2 DAY TAT | Performed | | | | F | 02 |

**PERFORMING LAB**

L = BELOW LOW NORMAL | LL = ALERT LOW | H = ABOVE HIGH NORMAL | HH = ALERT HIGH | < = PANIC LOW | > = PANIC HIGH | A = ABNORMAL | AA = CRITICAL ABNORMAL | S = SUSCEPTIBLE | R = RESISTANT | I = INTERMEDIATE | NEG = NEGATIVE | POS = POSITIVE

LabCorp Burlington Testing
1447 York Court | Burlington, NC | 272153361 | (800)762-4344

Page 1 of 1