Name and address:

JOHN O. IWEANOGE, II
THE IWEANOGES FIRM, PC
1026 MONROE STREET, NE
WASHINGTON, DC 20017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-322-ODW |
| v. | |
| RAMON OLORUNWA ABBAS | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

IWEANOGE II. JOHN O.        of   THE IWEANOGES FIRM. PC
*Applicant's Name (Last Name, First Name & Middle Initial)*        1026 MONROE STREET, NE
(202) 347-7026    (202) 347-7108        WASHINGTON. DC 20017
*Telephone Number*   *Fax Number*

JOI@IWEANOGESFIRM.COM
*E-Mail Address*        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
RAMON OLORUNWA ABBAS

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Khouri, Michael J        of   KHOURI LAW FIRM, APC
*Designee's Name (Last Name, First Name & Middle Initial)*        101 Pacifica, Suite 380
97654    (949) 336-2433    (949) 387-0044        Irvine, California 92618
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mkhouri@khourilaw.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                                    U.S. District Judge/U.S. Magistrate Judge