JOHN O. IWEANOGE, II
THE IWEANOGES FIRM, PC
1026 MONROE STREET, NE
WASHINGTON, DC 20017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-00322-ODW |
| v. | |
| RAMON OLORUNWA ABBAS | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

IWEANOGE II. JOHN O.                                                          of

*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 347-7026                          (202) 347-7108

*Telephone Number*            *Fax Number*

JOI@IWEANOGESFIRM.COM

*E-Mail Address*

THE IWEANOGES FIRM. PC
1026 MONROE STREET, NE
WASHINGTON. DC 20017

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

RAMON OLORUNWA ABBAS

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Khouri, Michael J                                                          of

*Designee's Name (Last Name, First Name & Middle Initial*

97654                          (949) 336-2433

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

mkhouri@khourilaw.com

*E-Mail Address*

KHOURI LAW FIRM, APC
101 Pacifica, Suite 380
Irvine, California 92618

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 16, 2022**

*[signature]*

**U.S. District Judge**