ABBAS  RAMON, 54313424.
CENTRAL VALLEY ANNEX,
McFARLAND, CA. 93250.
09-09-22.

JUDGE ORTIS WRIGHT
CENTRAL DISTRICT COURT
LOS ANGELES, CA.

YOUR HONOR,

## PART I,  INTRODUCTION OF SELF

I am a 39 year Old, Nigerian born internation entrepreneur, father of 3 children ages 8, 5 and 4. First child of three children by my parents. I am best described as erudite, kind, funny and selfless among other things. I started business over 25 years ago, trading and selling Sneakers and Clothing in our then neighbourhood and went from selling clothes out of my car trunk to owning my own boutique stores across my city and beyond; under my Company MONEABBAS NIG LTD. In 2012, I joined instagram where I was able to expose my personal fashion style to the world which brought more success in my business which grew into luxury fashion, real estate, auto mobile sales and entertainment deals were added to my portfolio. I became a success story which I share my journey with my millions of followers as I get featured in international magazines and fashion blogs from all around the world and my stylish, funny, social justice advocate and motivational personality became licenced social media personally after I moved to Dubai, UAE in 2017; where I registered my trading Company as well, all documents, Contracts which was seized in my house at time of arrest in [  ] Dubai, UAE where I was tortured and endured tormenting inhumane Conditions before being extradited to the U.S. which I still suffer "post traumatic stress disorder" from the nefarious ordeal I went through which I was seeing a therapist for and still super from mentally.

## PART II, OFFENSE AND INVOLVEMENT SYNOPSIS.

COUNT ONE (FOOTBALL LEAGUE CLUB): I was contacted by co-defendant "G.A" for a bank account in the U.K that he can wire funds to, I provided it. No fund was wired, no transaction at all took place between my and G.A. (Zero Loss).

<u>COUNT TWO</u>: (THE UK FIRM); Co-Conspirator "G.A" reached out to get him a bank account that could recieve funds, I gave him and no funds was sent, No transaction took place. (Zero Loss).

<u>COUNT THREE</u>: (BANK OF MALTA); Co-conspirator "G.A" reached out asking for a bank account, I hesitated, he kept pressuring on and on and I gave him so he could leave me alone, No fund was sent into bank account, No transaction took place between "G.A." and myself. (Zero Loss).

<u>COUNT FOUR</u>: (NEW YORK FIRM); I can't speak on case but I can say for a fact, I profited no dime in whatever took place.

<u>COUNT FIVE</u>: (QATARI PERSON); I was recruited into an ongoing loan scheme which my involvement was very ephemeral though cost the victim a fraction of a total loss of over $800,000. My episode in the scheme amounts to the loss of over $300,000 out of total $800,000 loss to victim which I take full responsibility for my actions and entire scheme and make no excuse my mistake of ever getting involved and I have signed for entire loss in this case to be paid with my property not just what I profited but entire loss of over $800,000 in my P.S.R

## PART III APOLOGY

Your honor, I make no excuse for my actions and I take full responsibility for what I have done, if I could turn back the hands of time I would make an entirely different decision and be more careful in the choices and friends I make. Since I have been incarcerated, I have had enough time to reflect on the past and I regret letting greed ruin the good name of my family, my blessing and my name.

I will like to specially apologizes to the victims in the cases I am involved with from count one to five and more personal to ____ and her entire family. I apologize to the law enforcement agents who have worked tirelessly to make the world a safer place and to the U.S. Attorney's entire office for the great work of upholding the law against criminals like myself; And to the court and you, Your Honor for impartial serving of justice through the years. I also apologize to my parents, my family members who this case has affected their lives, my friends and well wishers whom I have disappointed, my children even

though they may be too young to understand why I'm absent in their lives, I hope someday they see this and forgive me; and I hope God forgives me too.

## PART IV PLEA/RESTITUTION

Your Honor, I totally recognize the seriousness of my offense and no amount of sorry can right my wrong in the hearts of the victims and this is why I have decided to use my personal money to offset all of the entire $1,700,000 restitution even though I only benefitted a fraction of $300,000 plus but it makes me feel better that all the Victims got every of their penny back. I personally consider it as part punishment for myself and its the right thing to do. Your Honor, I really am a changed person in the way I think, see life and make decisions. My priorities in life has changed, my focus in life has shifted, I have realized how precious life and freedom is and how important it is to be on the right side of the law. Your Honor, I will like to plead with you to see my act of forfeiting my properties that I worked hard for, for many year for full restitution repayment as part punishment as well, I will like you to also put into consideration the hardship for about a year in confined lock down and also contracting Covid while incarcerated which was a near death experience with no treatment or care in Solitary Confinement.

Your Honor, I want you to consider my all round alien status from culture shock of being extradited here to me not being eligible for the first step act program that reduces the percentage of the sentence to be serve to about 65%. As an alien I have to serve my full time and more time of about 6 more months for Immigration processing for deportation process to be completed. Please I plead with you to lean towards the request of my attorneys if not I will be doing more time than my co-defendant who benefited more than $11,000,000 from the schemes and has paid no restitution as he will have to do only 65% of his time and as a Canadian citizen also he can be sent these under the prisoner transfer treaty and gets probation and that leaves the Scale of justice inbalance. God bless you sir as you consider my plea for fairness.

Yours Si... R. App...