John O. Iweanoge, II DCB# 439913
THE IWEANOGES' FIRM, PC
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax: (202) 347 -7108
Email: joi@iweanogesfirm.com

Local Counsel:
Michael J. Khouri, CSB#97654
KHOURI LAW FIRM, APC
101 Pacifica, Suite 380
Irvine, California 92618
Phone: (949) 336 – 2433
Fax: (949) 387- 0044
Email: mkhouri@khourilaw.com
Attorneys for the Defendant

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | * No.: 2:20-CR-322-ODW |
|  | * |
| **UNITED STATES OF AMERICA** | * **NOTICE OF FILING OF** |
|  | * **SENTENCING LETTER** |
| Vs. | * |
|  | * Hearing Date: November 7, 2022 |
| **RAMON OLORUNWA ABBAS** | * Hearing Time:  11: 30 a.m. |
|  | * Location:    Courtroom of the Hon. Otis |
| **Defendant** | *           D. Wright, II |
|  | * |

Defendant, Ramon O. Abbas, by and through his attorneys of record, John O. Iweanoge, II, hereby submits attached letters in aid of sentencing for the Defendant Abbas.

DATED: November 4, 2022.                    Respectfully Submitted,
                                            THE IWEANOGES FIRM, PC
                                                    /S/
                                            John O. Iweanoge, II
                                            Attorney for Defendant Ramon Abbas

                                            Respectfully Submitted,
                                            KHOURI LAW FIRM, APC
                                                    /S/
                                            Michael J. Khouri
                                            Local Counsel to Attorney for Defendant
                                            Ramon Abbas