UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | * No.: 2:20CR00322-1 |
| UNITED STATES OF AMERICA | * ORDER ON EX PARTE APPLICATION |
| | * FOR SEALED SENTENCING HEARING |
| vs. | * |
| | * Honorable Otis D. Wright II |
| RAMON OLORUNWA ABBAS | * |
| Defendant | * |

### ORDER

**THIS MATTER** having come on to the court upon undersigned counsel's *Ex Parte* Application for the release of the Sealed Sentencing Transcript before the Honorable Judge Otis Wright on November 7, 2022, it is

**ORDERED** that the Court Reporter shall transcribe the digital recording of the sentencing hearing on November 7, 2022, before Judge Otis Wright; it is

**FURTHER ORDERED** that Defendant's counsel may obtain a copy of the transcript; and it is

**FURTHER ORDERED** that the digital recording, the sentencing hearing, and the transcript remain sealed.

_____

Judge Otis Wright, II