VERNA WEFALD (State Bar No. 127104)
65 North Raymond Ave. # 320
Pasadena, California 91103
Telephone: 626-577-2658
Email: verna@vernawefald.com

Attorney for Defendant-Appellant Ramon O. Abbas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>RAMON O. ABBAS,<br><br>　　　　Defendant. | CR No. 20-322-ODW<br><br>**UNOPPOSED REQUEST TO ACCESS SEALED TRANSCRIPT FOR USE ON APPEAL** |

　　　　Defendant-Appellant Ramon Abbas, by appointed counsel Verna Wefald, respectfully requests permission to obtain access to the sealed transcripts of two bench conferences at the sentencing hearing on November 7, 2022. The first sealed bench conference was from 11:54 am to 12:19 p.m and the second was from 2:21 to 2:27 p.m. (Exhibit 1.) Mr. Abbas has appealed his sentence. There is an appeal waiver but I need to review the complete record in order to determine if the waiver is valid and/or to advise Mr. Abbas about his options.

　　　　Assistant U.S. Attorney Khaldoun Shobaki, counsel for the government, has advised me that the government does not oppose this request to access the sealed transcripts.

　　　　If the transcript is used on appeal it will be filed under seal.

1

WHEREFORE, the request to obtain copies of the sealed bench conferences should be granted.

Date: March 14, 2023                    Respectfully,

/s/ verna wefald

VERNA WEFALD

Attorney for Defendant-Appellant Abbas

# DECLARATION OF VERNA WEFALD

I, Verna Wefald, hereby declare the following:

I was appointed by the Ninth Circuit Court of Appeal to represent Ramon Abbas on appeal. Case No. 22-50278. The facts stated in the instant request to access the sealed bench conferences which are not otherwise based on the files and records of the case are true based on my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March 2023, at Pasadena, California.

/s/ verna wefald

_____
VERNA WEFALD, Declarant

**EXHIBIT 1**

1     **(Sealed Bench Conference from 11:54 a.m. to 12:19 p.m.**
2     **omitted)**
3                **THE COURT:**  If you are a jury, I would apologize.
4     But you are not a jury, no apology necessary.  All right.  Go.
5                **MR. SHAPIRO:**  Thank you.  So at this time, Your
6     Honor, I want to make sure that we are all on the same page as
7     to who Mr. Abbas is.  I want to start off first by recognizing
8     and acknowledging that Mr. Abbas takes full responsibility for
9     what he did in this case, for his participation in this case.
10               He was dealing with the wrong people, the wrong
11    crowd.  He has no record prior to this.  He got in over his
12    head with other defendants.  And his bad decisions are haunting
13    him to this very day and will continue to haunt him.
14               And the Court will be hearing from him directly after
15    myself to show that he is and has taken fully responsibility
16    for his conduct in this case.
17               My goal before the Court is to put his involvement
18    into context.  So I'm not trying to say this man is an angel, a
19    saint.  Not at all.  He's guilty, he pled, and here is what he
20    did in the larger scheme of things.
21               So with that, I'm going to list off about eight
22    factors in the interest of time because we briefed this
23    extensively in the papers.  Please understand, first off, that
24    Mr. Abbas is a first time offender.  This is his first brush
25    with the law.

1 then we're done.

2       **MR. IWEANOGE:** No, Judge, there was an issue. Based

3 on what we discussed on the sidebar we can't do it in public.

4       **MR. SHAPIRO:** I think the Court forgot to apply

5 something. We just want to make sure the Court took that --

6 what we were discussing at sidebar --

7       **THE COURT:** Yes.

8       **MR. SHAPIRO:** -- into consideration.

9       **THE COURT:** We -- I took -- yes. I know what you're

10 talking about.

11       **MR. SHAPIRO:** Because the Court issued what the PSR

12 recommends and it seems to have not taken into account what we

13 spoke about earlier.

14       **THE COURT:** Everything has been taken into account.

15 Everything.

16       **(Sealed Bench Conference from 2:21 to 2:27 p.m. omitted)**

17       **MR. SHOBAKI:** Your Honor --

18       **THE COURT:** Mr. Shobaki, go ahead, sir.

19       **MR. SHOBAKI:** Yes. The United States had two

20 motions. The first was to dismiss the remaining counts of the

21 Information in this case with respect to Defendant Abbas.

22       **THE COURT:** All right, on motion of the Government

23 and in the interest of justice remaining counts of the

24 Information are dismissed as to this Defendant.

25       **MR. SHOBAKI:** And then the second is with respect to